NEW-YORK,
May, 1806.

The People
v.
Duncan.

in a different action. The co-obligor cannot maintain an action against his co-surety unless he has paid the money, and then only for a contribution. This is a vexatious suit. The bond is for fifteen thousand dollars, and the defendant has been held to bail to that amount.

*Woods*, contra.

*Per curiam.* This court, if they see that the right of suing on the administration bond is abused, will interfere, and set aside the proceedings. Here one surety on the bond, brings an action against his co-surety, for an alleged default in the administrator, before he, or either of them has been damnified in any way, *as surety.* No suit will lie at law, at the instance of a co-surety in such a case.

The proceedings must be set aside, with costs.

Rule granted.

## Anonymous.

The insured in making an account of loss on an open policy cannot charge a commission on the purchase of the goods by themselves.

THE insured, in making up the account of their loss on an open policy, charged the price of their goods, and a commission of five per cent, for the purchase of them *by themselves.*

*Per curiam.* There is no evidence of any usage or practice, to support the charge of a commission in such a case.

## Anonymous.

Practice as to *crier's fees* at circuits and sittings.

THE *court* decided, that the crier is entitled to fees *for ringing the bell,* and *calling the action,* at the *sittings* and *circuit,* in all cases in which the costs were not yet taxed; and that this was to be the rule in all future cases.